UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARJORIE QUINN and ROBERT QUINN,**

      **Plaintiffs,**

v.                            **Case No: 6:17-cv-894-Orl-41KRS**

**FIRST NATIONAL BANK OF OMAHA, N.A.,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 29). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 19, 2018.



Copies furnished to:

Counsel of Record